ACCEPTED
03-15-00233-CR
7672505
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 9:10:40 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00233-CR

| | | |
|---|---|---|
| **ISREAL REYES, SR.** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 9:10:40 AM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 61 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was indicted for Unlawful Possession of a Firearm, Aggravated Assault with a Deadly Weapon Against a Family Member and Endangering a Child on September 12, 2012. A jury found him guilty of the offenses, with affirmative deadly weapon findings on the latter two offenses. The jury assessed punishment at 20 years for the Aggravated Assault and 10 years each for the other two offenses. Appellant's brief was initially due on or about August 6, 2015. After Appellant's motion for a 90-day extension was granted, Appellant filed his brief on October 5, 2015. The State's brief is currently due on November 4, 2015.

1

## II.

I anticipate that I will handle the brief for the State in this case. I reviewed, edited and expanded another individual's brief in 03-15-00112-CR prior to submission on October 6th. I sat second chair with another attorney for his oral argument in 03-14-00570-CR on October 7th. I helped one attorney with his brief in 03-15-00153-CR, and I contributed to another attorney's brief in 03-15-00247-CR which was submitted on October 26th. I reviewed and submitted another attorney's brief in 03-14-00630-CR on October 30th. I worked on the State's brief in 03-14-00329-CR over the weekend and submitted it late Monday night. Among others, I also have a brief currently due on November 9th in 03-14-00712-CR and another due on November 25th in 01-15-00366-CR. I have also gathered information on, reviewed and filed answers to expunctions and nondisclosures, including several petitions in the last month. I assisted other attorneys in the office with various issues in their cases and appeals. Because of the foregoing, I have not yet been able to work on a response, and respectfully request an extension of 61 days to file the State's brief. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 61 days, until January 4, 2016, so that an

adequate response may be made to Appellant's brief.  This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant ISREAL REYES SR.'s attorney in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Ave., Suite 100
Austin, TX 78701
*Counsel for Appellant on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov, this 4th day of November, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**
